AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

FERNANDO CANSECO and RELIABLE AMBULANCE
SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

V.

THE UNITED STATES OF AMERICA, CARL
NEIRA, Internal Revenue Service Agent,
LUIS GUERRA, Internal Revenue Service
Agent, ROBERT L. DAVILA, Criminal Investigation
Division Officer and VICTOR GUEVARA, Criminal
Investigation Division Officer

CASE NUMBER: C-00-104

TO: (Name and Address of Defendant)

ROBERT L. DAVILA, CID Agent
Department of The Treasury
Internal Revenue Serivce
5835 Callaghan Road
San Antonio, Texas 78228

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, TX 78405

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

CLERK

DATE 3/10/00

BY DEPUTY CLERK

# OFFICERS RETURN OF SERVIC

CASE # C00104                                COURT FEDERAL
                                             Clt. Ref.#                Clt.#  5202
FERNANDO CANSECO AND RELIABLE AMBULANCE SERVICES, INC.

United States District Court
Southern District of Texas
FILED

VS

MAR 16 2000

THE UNITED STATES OF AMERICA, CARL NEIRA, I.R.S. AGENT, LUIS
GUERRA, I.R.S. AGENT, ET AL

Michael N. Milby, Clerk

The documents came to our hand for service on 03/14/00  Time: 09:21:34

Documents received for service:

**FEDERAL SUMMONS**


The documents were delivered on **03/14/00**  **Time: 14:50:00**

Executed at: 5835 Callaghan Road #230
             San Antonio, TX 78228

to the following: **Davila, Robert L.  CID Agent**
                  **Department Of The Treasury (Internal Revenue Service)**

__✓__ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____                       _____
                                             Charles N Lambrecht
Witness Fee Tendered:_____              Professional Civil Process, San Antonio
                                             410 S. Main, Suite 217
STATE OF TEXAS}                              San Antonio, Tx 78204

                          VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 14 day of March 2000.

                                             _____
                                             NOTARY PUBLIC SIGNATURE

PCP Inv.# S0300 141



LINDA LAMBRECHT
MY COMMISSION EXPIRES
September 10, 2003

3.