# OFFICERS RETURN OF SERVICE

**CASE # C00104**

**COURT** Federal
Clt. Ref.#

Clt.# 8429

FERNANDO CANSECO AND RELIABLE AMBULANCE SERVICES, INC.

United States District Court
Southern District of Texas
**FILED**

**MAR 16 2000**

Micheal N. Milby, Clerk

VS

THE UNITED STATES OF AMERICA, CARL NEIRA, INTERNAL REVENUE SERVICE
AGENT, LUIS GUERRA, INTERNAL REVENUE SERVICE AGENT, ROBERT L DAVILA,
C.I.D. OFFICER, VICTOR GUEVARA, C.I.D. OFFICER

The documents came to our hand for service on 03/15/00  Time: 10:45:14

Documents received for service:

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT
ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES
SCHEDULING ORDER**

The documents were delivered on **03/15/00  Time: 11:00:00**

Executed at: 400 Mann Street
            Corpus Christi, TX 78401

to the following: **Neira, Carl  I.R.S. Agent
                   Internal Revenue Service
                   Government Building**

_____ **PERSONALLY** delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

Charles Allen, LIC#: CP 17
Professional Civil Process
317 Peoples Street Suite 614
P.O. Box 181293 (78480-1293)
Corpus Christi, Tx. 78401

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 15 day of March 2000.

PCP Inv.# C0300  84

NOTARY PUBLIC SIGNATURE



E. BIER
NOTARY PUBLIC
State of Texas
Comm. Exp. 09-14-2002

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ TEXAS _____

FERNANDO CANSECO and RELIABLE AMBULANCE
SERVICES, INC.

## SUMMONS IN A CIVIL ACTION

V.

**CASE NUMBER:**   C-00-104

THE UNITED STATES OF AMERICA, CARL
NEIRA, Internal Revenue Service Agent,
LUIS GUERRA, Internal Revenue Service
Agent, ROBERT L. DAVILA, Criminal Investigation
Division Officer and VICTOR GUEVARA, Criminal
Investigation Division Officer

TO: (Name and Address of Defendant)

Carl Neira, IRS Agent
Internal Revenue Service
Government Building
400 Man Street
Corpus Christi, Texas

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, TX   78405

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

MAR 1 4 2000

**CLERK**

**DATE**

*Sara L Ply*

**BY DEPUTY CLERK**