# OFFICERS RETURN OF SERVIC[E]

CASE # C00104         COURT **FEDERAL**
                      Clt. Ref.#                   Clt.# 5202

FERNANDO CANSECO AND RELIABLE AMBULANCE SERVICES, INC.

*[Stamp: United States District Court, Southern District of Texas, FILED MAR 16 2000, Michael N. Milby, Clerk]*

VS

THE UNITED STATES OF AMERICA, CARL NEIRA, I.R.S. AGENT, LUIS GUERRA, I.R.S. AGENT, ET AL

The documents came to our hand for service on 03/14/00  Time: 09:35:26

Documents received for service:

**FEDERAL SUMMONS**

The documents were delivered on **03/14/00**  **Time: 14:50:00**

Executed at· 5835 Callaghan Road #230
             San Antonio, TX 78228

to the following: **Guevara, Victor G. CID Officer**
                  **Department Of The Treasury (Internal Revenue Service)**

✓   PERSONALLY delivering the document to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____                  Charles N Lambrecht
                                        Professional Civil Process, San Antonio
Witness Fee Tendered:_____         410 S. Main, Suite 217
                                        San Antonio, Tx 78204

STATE OF TEXAS}

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct.  Given my hand and seal of office this 14 day of March 2000.

NOTARY PUBLIC SIGNATURE

PCP Inv.# S0300 142



*[Notary seal: LINDA LAMBRECHT, MY COMMISSION EXPIRES September 19, ...]*

AO 440 (Rev. 5/85) Summons in a Civil Action &

# United States District Court

SOUTHERN DISTRICT OF TEXAS

FERNANDO CANSECO and RELIABLE AMBULANCE
SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

V.

THE UNITED STATES OF AMERICA, CARL
NEIRA, Internal Revenue Service Agent,
LUIS GUERRA, Internal Revenue Service
Agent, ROBERT L. DAVILA, Criminal Investigation
Division Officer and VICTOR GUEVARA, Criminal
Investigation Division Officer

CASE NUMBER: C-00-104

TO: (Name and Address of Defendant)

VICTOR G. GUEVARA, CID Officer
Department of The Treasury
Internal Revenue Service
5835 Callaghan Road
San Antonio, TX 78228

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, TX 78405

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

CLERK

BY DEPUTY CLERK

DATE 3/10/00