IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 20 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. C-00-104 ) |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**UNITED STATES' UNOPPOSED MOTION TO STRIKE AND
RESET SCHEDULING CONFERENCE SET FOR APRIL 14, 2000**

The United States moves to strike the Scheduling Conference in this case set for April 14, 2000, at 1:15 p.m., and to reset the Scheduling Conference for 60 days. In support it shows:

1. Plaintiff filed his original complaint on March 10, 2000.

2. Defendants Robert Davila Victor Guevara were served on March 14, 2000. Defendant Carl Neira was served on March 15, 2000. Defendant Luis Guerra was served on March 17, 2000.

3. Defendants are being sued for actions undertaken individually and as employees of the Internal Revenue Service. The United States, is entitled to sixty (60) days to answer from the date of service on the United States Attorney. The United States has no

knowledge that the United States Attorney has been served with the summons and complaint.

4.    The Plaintiffs are unopposed to this Motion.

WHEREFORE, the United States prays the scheduling conference be stuck and reset to allow Defendants time to prepare a proper response.

                          MERVYN M. MOSBACKER
                          United States Attorney

                          *[signature]*

                          JOSEPH A. PITZINGER, III
                          Texas Bar No. 16055800
                          CYNTHIA A. VANCE
                          State Bar No. 00791843
                          Attorneys, Tax Division
                          Department of Justice
                          Maxus Energy Tower
                          717 N. Harwood, Suite 400
                          Dallas, Texas 75201
                          (214) 880-9728 or 9762
                          (214) 880-9742 (FAX)

                          ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

On March 16, 2000, Cynthia Vance, of this office, spoke to Jo Ellen Hewins, attorney for Mr. Canseco. Ms. Hewins stated she did not oppose this Motion.

_____
JOSEPH A. PITZINGER, III

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Unopposed Motion to Strike and Reset Scheduling Conference Set for April 14, 2000, has been made on March 17, 2000, by mailing a copy thereof to:

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78405

_____
JOSEPH A. PITZINGER, III

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and ) | |
| RELIABLE AMBULANCE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. C-00-104 |
| ) | |
| UNITED STATES OF AMERICA, CARL ) | |
| NEIRA, Internal Revenue Service ) | |
| Agent, LUIS GUERRA, Internal ) | |
| Revenue Service Agent, ROBERT L. ) | |
| DAVILA, Criminal Investigation ) | |
| Division Officer, and VICTOR G. ) | |
| GUEVARA, Criminal Investigation ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO
STRIKE AND RESET SCHEDULING CONFERENCE SET FOR APRIL 14, 2000**

The United States has moved to strike and reset the Scheduling Conference set for April 14, 2000, this case. For good cause shown, it is hereby,

ORDERED AND ADJUDGED the United States' Unopposed Motion to Strike and Reset Scheduling Conference is Granted. It is therefore,

ORDERED and ADJUDGED that the scheduling conference scheduled for April 14, 2000 is struck. It is further

ORDERED AND ADJUDGED that the scheduling conference is reset to _____ at ___ _.m.

SIGNED on the _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE