IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES, INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL<br>NEIRA, Internal Revenue Service<br>Agent, LUIS GUERRA, Internal<br>Revenue Service Agent, ROBERT L.<br>DAVILA, Criminal Investigation<br>Division Officer, and VICTOR G.<br>GUEVARA, Criminal Investigation<br>Officer, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

United States District Court
Southern District of Texas
FILED

MAR 20 2000

MICHAEL N. MILBY CLERK

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the United States of America, on behalf of Defendants Carl Neira, Luis Guerra, Robert L. Davila and Victor G. Guevara, being sued in their official capacities, moves this Court to extend the time to serve an answer or other response to Plaintiffs' Complaint shown on the summons from 20 to 60 days. In support it shows:

1. Defendants Carl Neira and Luis Guerra are being sued for actions undertaken as Revenue Agents of the Internal Revenue Service. Defendants Robert L. Davila and Victor G. Guevara are being sued for actions undertaken as Inspectors of the Internal Revenue Service, Office of Inspector General.

7.

The complaint states they are being sued in their official and individual capacity. The summons served on Defendants states they have twenty 20 days to answer. **Federal Rule 12(a)(3) gives Defendants Neira, Guerra, Davila and Guevara, as officers of the United States, sixty (60) days from the date of service on the United States Attorney.** To the best knowledge of counsel, the United States Attorney has never been served. Pacer does not reflect that a summons has ever been issued for the United States.

2. Defendants Carl Neira, Robert L. Davila and Victor G. Guevara have been personally served. On March 14, 2000, a copy of the summons and complaint was served on Defendant Robert Davila and Defendant Victor Guevara. On March 15, 2000, a copy of the summons and complaint was served on Defendant Carl Neira. Defendant Luis Guerra was served on March 17, 2000.

3. Additional time is needed so that the Defendants can frame a proper response.

5. This motion is not made for purposes of delay but so that justice will be served.

6. Neither Defendants Neira, Davila and Guevara nor the United States intends to waive arguments concerning service of the summons or complaint.

7. The Plaintiffs are unopposed to this Motion.

   WHEREFORE, the Defendants requests the Court to extend the time to respond shown on any summons served on each from 20 days to 60 days.

>   MERVYN M. MOSBACKER
>   United States Attorney
>
>   _____
>   JOSEPH A. PITZINGER, III
>   Texas Bar No. 16055800
>   CYNTHIA A. VANCE
>   State Bar No. 00791843
>   Attorneys, Tax Division
>   Department of Justice
>   Maxus Energy Tower
>   717 N. Harwood, Suite 400
>   Dallas, Texas 75201
>   (214) 880-9728 or 9762
>   (214) 880-9742 (FAX)
>
>   ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

On March 16, 2000, Cynthia Vance, of this office, spoke to Jo Ellen Hewins, attorney for Mr. Canseco. Ms. Hewins stated she did not oppose this Motion.

_____
JOSEPH A. PITZINGER, III

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Unopposed Motion to Enlarge Time to File Answer or Other Response to Complaint has been made on the 17th day of March 2000, by mailing a copy thereof to:

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78405

_____
JOSEPH A. PITZINGER, III

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO. C-00-104<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO
ENLARGE TIME TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT**

There is now before the Court the motion of Defendants Carl Neira, Luis Guerra, Robert L Davila and Victor Guevara to enlarge the time from 20 to 60 days in which each may serve his answer or other response to the complaint filed in this case. Good cause having been shown, and on the basis of Rules 12(a) and 6(b) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the time within which each Defendant may serve his answer or other response to the complaint is enlarged from 20 days to 60 days after proper service of the summons and complaint.

SIGNED this _____ day of _____,2000.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com