AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN ———————— DISTRICT OF ———————— TEXAS

FERNANDO CANSECO and RELIABLE AMBULANCE
SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: C-00-104

THE UNITED STATES OF AMERICA, CARL
NEIRA, Internal Revenue Service Agent,
LUIS GUERRA, Internal Revenue Service
Agent, ROBERT L. DAVILA, Criminal Investigation
Division Officer and VICTOR GUEVARA, Criminal
Investigation Division Officer

United States District Court
Southern District of Texas
FILED

MAR 2 0 2000

Michael N. Milby, Clerk

TO: (Name and Address of Defendant)

District Counsel
Internal Revenue Service
300 East 8th Street
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, TX 78405

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

MAR 1 4 2000

CLERK

DATE

[signature]

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed by Certified Mail Return Receipt Requested No. P975 328 596

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.