IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 24 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL NO. C-00-104 ) ) ) ) ) ) ) ) ) ) ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT

There is now before the Court the motion of Defendants Carl Neira, Luis Guerra, Robert L Davila and Victor Guevara to enlarge the time from 20 to 60 days in which each may serve his answer or other response to the complaint filed in this case. Good cause having been shown, and on the basis of Rules 12(a) and 6(b) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the time within which each Defendant may serve his answer or other response to the complaint is enlarged from 20 days to 60 days after proper service of the summons and complaint.

SIGNED this 23 day of _March_ ,2000.

_____
UNITED STATES DISTRICT JUDGE