United States District Court
Southern District of Texas
ENTERED

MAR 24 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC. | § § § § | |
| V. | § § | C.A. NO. C-00-104 |
| UNITED STATES OF AMERICA, et al | § § | |

**ORDER DENYING UNITED STATES' UNOPPOSED
MOTION TO STRIKE AND RESET
SCHEDULING CONFERENCE SET FOR APRIL 14, 2000**

On this day came on to be considered the United States' Unopposed Motion to Strike and Reset Scheduling Conference Set for April 14, 2000. The United States' Unopposed Motion to Strike and Reset Scheduling Conference Set for April 14, 2000 is hereby DENIED.

ORDERED the 23rd day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE