UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., <br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Division Officer, <br> Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. C-00-104 |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

**PARTIES:**

| | |
|---|---|
| Fernando Canseco and <br> Reliable Ambulance Services, Inc. | Plaintiffs |
| United States of America <br> Carl Neira, IRS Agent <br> Luis Guerra, IRS Agent <br> Robert L. Davila, C.I.D. Agent <br> Victor G. Guevara, C.I.D. Agent | Defendants |

**ATTORNEYS OF RECORD:**

| | |
|---|---|
| Jo Ellen Hewins <br> **CANALES & SIMONSON, P.C.** <br> Attorneys at Law <br> 2601 Morgan Ave.-P.O. Box 5624 <br> Corpus Christi, Texas 78465-5624 <br> (361) 883-0601 <br> (361) 884-7023 - Fax | Attorneys for Plaintiffs |

United States District Court
Southern District of Texas
FILED
MAR 24 2000
Michael N. Milby, Clerk

12-

Mervyn M. Mosbacker
United States Attorney
Joseph A. Pitzinger, III
Cynthia Vance
Attorneys, Tax Division
Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9728

**OTHER INTERESTED PARTIES:**

Janet Reno
United States Attorney General
900 Constitution Avenue, N.W.
Washington, D.C. 20000

District Counsel
Internal Revenue Service
300 East 8th Street
Austin, Texas 78701

Office of Inspector General
Department of the Treasury
Internal Revenue Service
5835 Callaghan Road
San Antonio, Texas 78228

        Respectfully submitted,

        _____
        JO ELLEN HEWINS
        Federal I.D. No. 12421
        State Bar No. 09367857
        **CANALES & SIMONSON, P.C.**
        Attorneys at Law
        2601 Morgan Ave.-P.O. Box 5624
        Corpus Christi, Texas 78465-5624
        (361) 883-0601
        (361) 884-7023 - Fax
        **ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and | § | |
| RELIABLE AMBULANCE SERVICES, | § | |
| INC., | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. C-00-104 |
| THE UNITED STATES OF AMERICA, | § | |
| CARL NEIRA, Internal Revenue Service | § | |
| Agent, LUIS GUERRA, Internal Revenue | § | |
| Service Agent, ROBERT L. DAVILA, | § | |
| Criminal Investigation Division Officer, | § | |
| and VICTOR G. GUEVARA, Criminal | § | |
| Investigation Division Officer, | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Certificate of Interested Parties* was mailed, certified mail, return receipt requested on this 24th day of March, 2000 to the following:

Joseph A. Pitzinger, III
Cynthia Vance
Trial Attorneys
Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201

JO ELLEN HEWINS

3