IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 29 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL NO. C-00-104 ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' LIST OF INTERESTED PARTIES

The Defendants, United States, Carl Neira, Luis Guerra, Robert L. Davila[1], and Victor L. Guevara[2] file this list of interested parties as ordered by the Court. The parties that the Defendants are

---

[1] The below listed counsel have not yet received an official request to represent Mr. Davila in his individual capacity, nor have they been officially authorized to represent Mr. Davila in his individual capacity. Counsel has not yet had an opportunity to review all of the files in the matter. They are still waiting on information from the agency in order to make a determination regarding any potential conflicts of interest. It is anticipated that this will occur in the next week. As a precautionary measure, counsel is filing this document on Mr. Davila's behalf.

[2] The below listed counsel have not yet received an official request to represent Mr. Guevara in his individual capacity, nor have they been officially authorized to represent Mr. Guevara in his individual capacity. Counsel has not yet had an opportunity to review all of the files in the matter. They are still waiting on information from the agency in order to make a determination regarding any potential conflicts of interest. It is anticipated that this will occur in the next week. As a precautionary measure, counsel is filing this document on Mr. Guevara's behalf.

13

aware of having a financial interest in the outcome of the above referenced litigation are as follows:

The Plaintiffs, Fernando Canseco and Reliable Ambulance Services, Inc.;

The United States;

Carl Neira;

Luis Guerra;

Robert L. Davila; and

Victor L. Guevara.

The Defendants are not currently aware that any other party has a financial interest in the outcome of this litigation.

                              MERVYN M. MOSBACKER
                              United States Attorney

                              */s/ Cynthia Vance*
                              JOSEPH A. PITZINGER, III
                              Texas Bar No. 16055800
                              CYNTHIA A. VANCE
                              State Bar No. 00791843
                              Attorneys, Tax Division
                              Department of Justice
                              Maxus Energy Tower
                              717 N. Harwood, Suite 400
                              Dallas, Texas 75201
                              (214) 880-9728 or 9762
                              (214) 880-9742 (FAX)

                              ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Defendants' List of Interested Parties has been made on March 28, 2000 by mailing a copy thereof to:

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78405

                                              CYNTHIA A. VANCE