AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

FERNANDO CANSECO and RELIABLE AMBULANCE
SERVICES, INC.

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: C-00-104

THE UNITED STATES OF AMERICA, CARL
NEIRA, Internal Revenue Service Agent,
LUIS GUERRA, Internal Revenue Service
Agent, ROBERT L. DAVILA, Criminal Investigation
Division Officer and VICTOR GUEVARA, Criminal
Investigation Division Officer

TO: (Name and Address of Defendant)

Ms. Janet Reno
United States Attorney General
900 Constitution Avenue, N.W.
Washington, D.C. 20000

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, TX 78405

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

CLERK

MAR 1 4 2000

DATE

AO 440 (Rev. 5/85)   Summons in a Civil Action

# RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | United States District Court Southern District of Texas FILED |
| NAME OF SERVER | TITLE | APR 03 2000 |

Check one box below to indicate appropriate method of service

Michael N. Milby, Clerk

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Mailed by Certified Mail Return Receipt Requested No. P975 328 595

---

P 975 328 595

TO:
Ms. Janet Reno
United States Attorney General
900 Constitution Avenue, N.W.
Washington, D.C. 20000

SENDER:
REFERENCE:

PS FORM 3800, SEPTEMBER 1995

RETURN RECEIPT SERVICE
- Postage
- Certified Fee
- Return Receipt Fee   0.00
- Restricted Delivery   0.00
- Total Postage and Fees

US Postal Service   POSTMARK OR DATE

Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail

---

(Return Receipt card:)
- I also wish to receive the following service (for an extra fee): RESTRICTED DELIVERY / Consult postmaster for fee.
- 4a. Article Number: P 975 328 595
- 4b. Service Type: ☒ CERTIFIED
- 7. Date of Delivery
- 8. Addressee's Address
- RE: 
- SENDER:
- 3. Article Addressed to: Ms. Janet Reno, United States Attorney General, 900 Constitution Avenue, N.W., Washington, D.C. 20000
- 5. Received By: (Print Name) Elwood C. Robinson
- 6. Signature: (Addressee or Agent)
- MAR 20 2000   JUSTICE
- Domestic Return Receipt
- PS Form 3811, December 1994

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.