# CIVIL COURT MINUTES

JUDGE PRESIDING: JANIS GRAHAM JACK

CASE MANAGER: Mary Beth Garza

COURT RECORDER: Velma Gano

LAW CLERK: Erik Hansen

U.S.C.S.O.: Eleazar Jaime

U.S. MARSHAL:

INTERPRETER:

United States District Court
Southern District of Texas
FILED

APR 14 2000

Michael N. Milby, Clerk

DATE: April 14, 2000   OPEN: 1:42   ADJOURN: 2:05
TAPE: #2

CIVIL ACTION NUMBER: C-00-104

Fernando Canseco, et al.   COUNSEL: ~~Jo Ellen Hewins~~ Cynthia Vance
Jo Ellen Hewins

VS.

United States of America, et al.   COUNSEL: Joseph A. Pitzinger  Cynthia Vance

(✓) IPTC: Case called. Appearances are made. Discussion of case matters. Scheduling order is signed. Court refers parties to mediation. Court will ~~for sign~~ order granting qualified immunity. Court signs general order. Court orders parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO.

16.