IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 17 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| FERNANDO CANSECO and § | |
| RELIABLE AMBULANCE SERVICES, § | |
| INC. § | |
| § | |
| V. § | C.A. NO. C-00-104 |
| § | |
| THE UNITED STATES OF AMERICA, § | |
| CARL NEIRA, Internal Revenue § | |
| Service Agent, LUIS GUERRA, § | |
| Internal Revenue Service Agent, § | |
| ROBERT L. DAVILA, Criminal § | |
| Investigation Division Officer, § | |
| and VICTOR G. GUEVARA, Criminal § | |
| Investigation Division Officer § | |

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 14th day of April, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE