AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF __TEXAS__

FERNANDO CANSECO and RELIABLE
AMBULANCE SERVICES

V.

THE UNITED STATES OF AMERICA,
CARL NEIRA, Internal Revenue Service
Agent, LUIS GUERRA, Internal Revenue
Service Agent, ROBERT L. DAVILA, Criminal
Investigation Division Officer and
VICTOR GUEVARA, Criminal Investigation
Division Officer

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C-00-104

TO: (Name and Address of Defendant)

Mervyn M. Mosbacker
United States Attorney
P.O. Box 61129
Houston, Texas  77208

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, Texas  78405

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

CLERK

April 19, 2000

DATE

*[signature]*

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | United States District Court Southern District of Texas |
| NAME OF SERVER | TITLE | FILED MAY 03 2000 |

Check one box below to indicate appropriate method of service

Michael N. Milby, Clerk

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Mailed by Certified Mail, Return Receipt Requested No. P971 092 781.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date              Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Receipt for Certified Mail**

P 971 092 781

TO:
Mervyn M. Mosbacker
United States Attorney
P.O. Box 61129
Houston, Texas 77208

SENDER:

REFERENCE:     re: biven

PS FORM 3800, SEPTEMBER 1995

RETURN RECEIPT SERVICE

- Postage
- Certified Fee
- Return Receipt Fee — 0.00
- Restricted Delivery — 0.00
- Total Postage and Fees

US Postal Service    POSTMARK OR DATE

No Insurance Coverage Provided
Do not use for International Mail

---

**Domestic Return Receipt**

- I also wish to receive the following service (for an extra fee):
  - [ ] RESTRICTED DELIVERY
  - Consult postmaster for fee.

4a. Article Number: P 971 092 781
4b. Service Type: [X] CERTIFIED
7. Date of Delivery
8. Addressee's Address

Postmark: HOUSTON, TX CIVIC CENTER STA. APR 26 2000

3. Article Addressed to:
Mervyn M. Mosbacker
United States Attorney
P.O. Box 61129
Houston, Texas 77208

5. Received By: (Print Name)
6. Signature: (Addressee or Agent)

PS Form 3811, December 1994

RE: re: biven
SENDER: