AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF ___ TEXAS ___

FERNANDO CANSECO and RELIABLE
AMBULANCE SERVICES

V.

THE UNITED STATES OF AMERICA,
CARL NEIRA, Internal Revenue Service
Agent, LUIS GUERRA, Internal Revenue
Service Agent, ROBERT L. DAVILA, Criminal
Investigation Division Officer and
VICTOR GUEVARA, Criminal Investigation
Division Officer

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  C-00-104

TO: (Name and Address of Defendant)

Lawrence Summers, Secretary
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
Attorneys at Law
2601 Morgan Avenue
Corpus Christi, Texas  78405

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

DATE: April 19, 2000

CLERK

*Aaron Kennedy*
BY DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | |
| NAME OF SERVER | TITLE | |

United States District Court
Southern District of Texas
FILED

MAY 03 2000

Michael N. Milby, Clerk

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed by Certified Mail, Return Receipt Requested
No. P97T 092 782

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date                    Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Domestic Return Receipt**

- I also wish to receive the following service (for an extra fee):
  - ☐ RESTRICTED DELIVERY
  - Consult postmaster for fee.
- 4a. Article Number: P 971 092 782
- 4b. Service Type: ☒ CERTIFIED
- 7. Date of Delivery
- 8. Addressee's Address

RE: re: biven
SENDER:

3. Article Addressed to:
Lawrence Summers
Secretary
Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

5. Received By: *(Print Name)*
6. Signature: *(Addressee or Agent)*

PS Form 3811, December 1994

---

TO: P 971 092 782

Lawrence Summers
Secretary
Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

**SENDER:**

**REFERENCE:** re: biven

PS FORM 3800, SEPTEMBER 1995

| RETURN RECEIPT SERVICE | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee | 0.00 |
| Restricted Delivery | 0.00 |
| Total Postage and Fees | |

US Postal Service    POSTMARK OR DATE

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do not use for International Mail