IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL<br>NEIRA, Internal Revenue Service<br>Agent, LUIS GUERRA, Internal<br>Revenue Service Agent, ROBERT L.<br>DAVILA, Criminal Investigation<br>Division Officer, and VICTOR G.<br>GUEVARA, Criminal Investigation<br>Officer, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**United States District Court**
**Southern District of Texas**
**FILED**

**MAY 05 2000**

**Michael N. Milby, Clerk**

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT

The United States of America, Carl Neira, Luis Guerra, Robert L. Davila and Victor G. Guevara, in both their official and individual capacities, move this Court to extend the time to serve an answer or other response to Plaintiffs' Complaint. The Defendants ask that the time be extended until May 26, 2000. In support they show the following:

1. Defendants Carl Neira and Luis Guerra are being sued for actions undertaken as Revenue Agents of the Internal Revenue Service. Defendants Robert L. Davila and Victor G. Guevara are being sued for actions undertaken as Inspectors of the Internal Revenue Service, Office of Inspector General. The Complaint states that they are being sued in their official and individual capacities.

23.

2. Federal Rule 12(a)(3) gives Defendants United States, Neira, Guerra, Davila and Guevara, as officers of the United States, sixty (60) days from the date of service on the United States Attorney. To the best knowledge of counsel, the United States Attorney was not served until April 26, 2000.

3. Additionally, administrative files from the agencies involved in this case have not yet been received. Additional time is needed so that the Defendants can frame a proper response. Thus, the Defendants ask that their Answer or other responsive pleading not be due until May 26, 2000.

4. This motion is not made for purposes of delay but so that justice will be served.

5. The Plaintiffs are unopposed to this Motion.

WHEREFORE, the Defendants requests the Court to extend the time to file an answer or other response to the Plaintiffs' Complaint until May 26, 2000.

MERVYN M. MOSBACKER
United States Attorney

*/s/ Cynthia A. Vance*

CYNTHIA A. VANCE
State Bar No. 00791843
JOSEPH A. PITZINGER, III
Texas Bar No. 16055800
Attorneys, Tax Division
Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9728 or 9762
(214) 880-9742 (FAX)

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

On May 3, 2000, I spoke to Jo Ellen Hewins, attorney for the Plaintiffs. Ms. Hewins stated she did not oppose this Motion.

*[signature]*
CYNTHIA A. VANCE

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Defendants' Unopposed Motion to Extend Time to File Answer or Other Response to Complaint has been made on the 4th day of May 2000, by mailing a copy thereof to:

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78405

*[signature]*
CYNTHIA A. VANCE

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL NO. C-00-104<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO
<u>EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT</u>**

There is now before the Court the Unopposed Motion of the Defendants to extend the time to answer or otherwise respond to the Plaintiffs' Complaint in this matter until May 26, 2000. Good cause having been shown, it is hereby

ORDERED that the Defendants' Answer or other response to the Plaintiffs' Complaint is not due until May 26, 2000.

SIGNED this _____ day of _____,2000.

_____
UNITED STATES DISTRICT JUDGE