IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL NO. C-00-104 ) |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

United States District Court
Southern District of Texas
ENTERED
MAY 1 0 2000
Michael N. Milby, Clerk of Court

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT

There is now before the Court the Unopposed Motion of the Defendants to extend the time to answer or otherwise respond to the Plaintiffs' Complaint in this matter until May 26, 2000. Good cause having been shown, it is hereby

ORDERED that the Defendants' Answer or other response to the Plaintiffs' Complaint is not due until May 26, 2000.

SIGNED this 9th day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE