IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | |
| Plaintiff, | |
| v. | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | |
| Defendants. | |

United States District Cou
Southern District of Texas
FILED

MAY 30 2000

MICHAEL N. MILBY, CLERK

### INDIVIDUAL DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Defendants Carl Neira, Luis Guerra, Carl Neira, Robert L. Davila and Victor G. Guevara (hereinafter collectively referred to as the "Individual Defendants") in their individual capacities,[1] move this Court to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b) or, alternatively, for summary judgment in their favor pursuant to Fed. R. Civ. P. 56. In support hereof, the Individual Defendants would respectfully show the following:

The Plaintiffs' allegations against the Individual Defendants should be dismissed for failure to state a violation of a Fourth, Fifth or Sixth Amendment right. Alternatively, to the extent Plaintiffs' allegations state a violation of a Fourth, Fifth or Sixth Amendment right, the

---

[1] The United States and its four employees, being sued in their official capacities, have filed a separate motion to dismiss or for summary judgment.

alleged violation is not compensable under the doctrine of Bivens[2]. Alternatively, to the extent Plaintiffs' allegations state a violation of a Fourth, Fifth or Sixth Amendment right, the constitutional right stated, was not clearly established so that a reasonable person would have known that their actions were in violation of that right, at the time the right is alleged to have been violated. In other words, the Individual Defendants are entitled to qualified immunity. Alternatively, to the extent the Plaintiffs have met the pleading requirement of a constitutional tort (Bivens) suit against the Individual Defendants, the Individual Defendants are entitled to summary judgment.

A brief in support of this Motion is being filed herewith and is incorporated herein for all purposes.

The Individual Defendants, Carl Neira, Luis Guerra, Robert L. Davila and Victor G. Guevara pray that this action be dismissed or that summary judgment be entered in their favor, and against Fernando Canseco and Reliable Ambulance Services, Inc.

                MERVYN M. MOSBACKER
                United States Attorney

                JOSEPH A. PITZINGER, III
                Texas Bar No. 16055800
                CYNTHIA A. VANCE
                State Bar No. 00791843
                Attorneys, Tax Division
                Department of Justice
                Maxus Energy Tower
                717 N. Harwood, Suite 400
                Dallas, Texas 75201
                (214) 880-9728 or 9762
                (214) 880-9742 (FAX)

                ATTORNEYS FOR THE UNITED STATES

---

[2]    Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Individual Defendants' Motion to Dismiss, or in The Alternative Motion for Summary Judgment has been made on May 26, 2000 by mailing a copy thereof to:

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78405

_____
JOSEPH A. PITZINGER, III

N:\USERS\cvance\cansecobivens\brief4individuals2dism_mtn.wpd        3