UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2000

Michael N. Milby, Clerk of Court

30.

Fernando Canseco, et. al. §

VS. § CIVIL ACTION NO. C-00-104

United States of America, et. al. §

## ORDER STRIKING PLEADING (S)

The clerk has filed your **Brief in Support of the United States' Motion to Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity** however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. _X_ Pleading is not in compliance with LR11.3.A(1) through (6)   **No Federal Bar Number**

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _Do not xerox cases as exhibits. The Court has a complete library plus Westlaw + Lexis. Include all cites in a brief_

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _6-5-00_

(Re: D.E. #28)/smw

_____
JUDGE PRESIDING