IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 8 2000

Michael N. Milby, Clerk

| | |
|---|---|
| FERNANDO CANSECO and ) | |
| RELIABLE AMBULANCE SERVICES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                     ) | CIVIL NO. C-00-104 |
| ) | |
| UNITED STATES OF AMERICA, CARL ) | |
| NEIRA, Internal Revenue Service ) | |
| Agent, LUIS GUERRA, Internal ) | |
| Revenue Service Agent, ROBERT L. ) | |
| DAVILA, Criminal Investigation ) | |
| Division Officer, and VICTOR G. ) | |
| GUEVARA, Criminal Investigation ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION TO RECONSIDER
## ORDER STRIKING PLEADING

On June 2, 2000, the Court entered an Order Striking the United States' Motion to Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity. This Order notified Defendants that their Motion to Dismiss was being struck because the pleading failed to provide the Southern District of Texas bar number for their Attorney in Charge and did not contain a proposed order. The Defendants request that the Court set aside this Order. Counsel for the Plaintiffs is unopposed to this Motion.

Defendants' Attorney in Charge in this proceeding is Joseph A. Pitzinger, III and Co-Counsel is Cynthia A. Vance. Although Mr. Pitzinger and Ms. Vance are licensed to practice in Texas, they are not currently admitted to practice in the Southern District of Texas. Accordingly, they could not list Southern District of Texas bar numbers on Defendants' pleading. An attorney representing the interests of the United States may appear in any court of the United States. 28 U.S.C. Section 517; see also, Huff v. United States of America, 10 F.3d 1440, 1444 (9th Cir. 1993) cert. denied 512 U.S. 1219 (1994). Defendants' Attorneys were acting pursuant to Section 517 and were unaware that the Court required additional permission to appear in this proceeding. To the extent that the Court feels that 28 U.S.C. Section 517 is not sufficient by itself to permit Defendants' attorneys to appear in this proceeding, Defendants request that Joseph A. Pitzinger, III and Cynthia A. Vance be permitted to appear pursuant to Local Rule 83K.

Additionally, a proposed order granting the United States' Motion to Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity is being submitted herewith in compliance with Local Rule 7.1C.

N:\USERS\cvance\cansecobivens\reconsidmot.wpd        2

WHEREFORE Defendants request that the Court set aside its June 2, 2000 Order Striking Pleading and permit Joseph A. Pitzinger, III to appear as Defendants' Attorney in Charge and Cynthia A. Vance as Co-Counsel.

        MERVIN M. MOSBACKER
        United States Attorney

        */s/ Joseph A. Pitzinger*

        JOSEPH A. PITZINGER
        ATTORNEY IN CHARGE
        Attorney, Tax Division
        Texas Bar No. 16055800
        CYNTHIA A. VANCE
        State Bar No. 00791843
        Department of Justice
        Maxus Energy Tower
        717 N. Harwood, Suite 400
        Dallas, Texas 75201
        (214) 880-9745
        (214) 880-9742 (FAX)

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

On June 7, 2000, Cynthia Vance phoned the offices of Jo Ellen Hewins, attorney for the Plaintiffs and conferred regarding the merits of this Motion. Ms. Hewins said that she was unopposed to the Motion.

_____
JOSEPH A. PITZINGER, III

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Defendants' Unopposed Motion to Reconsider Order Striking Pleading has been made on June 7, 2000 by mailing a copy thereof to:

Jo Ellen Hewins
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78405

_____
JOSEPH A. PITZINGER, III

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and ) | |
| RELIABLE AMBULANCE SERVICES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CIVIL NO. C-00-104 |
| ) | |
| UNITED STATES OF AMERICA, CARL ) | |
| NEIRA, Internal Revenue Service ) | |
| Agent, LUIS GUERRA, Internal ) | |
| Revenue Service Agent, ROBERT L. ) | |
| DAVILA, Criminal Investigation ) | |
| Division Officer, and VICTOR G. ) | |
| GUEVARA, Criminal Investigation ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

## ORDER

BEFORE THE COURT is the Defendants' Unopposed Motion to Reconsider Order Striking Pleading. The Court, having considered the Motion, finds it to have merit. Accordingly, it is hereby ORDERED that the Court's June 2, 2000 Order Striking Pleading is SET ASIDE. The United States' Motion to Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity, filed on May 30, 2000, will not be struck.

28 U.S.C. Section 517 exempts an attorney representing the United States from the requirement that an attorney practicing before this Court also be licensed to practice before the Southern

District of Texas. Joseph A. Pitzinger, III may represent the Defendants' as their Attorney in Charge, and Cynthia A. Vance may be Co-Counsel.

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. C-00-104<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING UNITED STATES' MOTION TO<br>DISMISS COMPLAINT AGAINST THE UNITED STATES<br>AND ITS EMPLOYEES SUED IN THEIR OFFICIAL CAPACITY**

The Court has considered the United States' Motion to Dismiss Complaint Against the United States and its Employees Sued in Their Official Capacity, and any response or objection thereto, and is of the opinion that the United States' Motion has merit and should be granted. Accordingly, it is hereby ORDERED, that the Plaintiffs' Complaint be dismissed as to the United States and its employees sued in their official capacity.

SIGNED this _____ of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and ) | |
| RELIABLE AMBULANCE SERVICES, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL NO. C-00-104 |
| ) | |
| UNITED STATES OF AMERICA, CARL ) | |
| NEIRA, Internal Revenue Service ) | |
| Agent, LUIS GUERRA, Internal ) | |
| Revenue Service Agent, ROBERT L. ) | |
| DAVILA, Criminal Investigation ) | |
| Division Officer, and VICTOR G. ) | |
| GUEVARA, Criminal Investigation ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

The Court has considered the Individual Defendants Carl Neira, Luis Guerra, Carl Neira, Robert L. Davila and Victor G. Guevara's Motion to Dismiss, or in the Alternative Motion for Summary Judgment, and any response or objection thereto, and is of the opinion that the United States' Motion has merit and should be granted. Accordingly, it is hereby ORDERED, that the Plaintiffs' Complaint be dismissed as to the Individual Defendants.

SIGNED this _____ of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE