IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 19 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| FERNANDO CANSECO and ) | |
| RELIABLE AMBULANCE SERVICES, INC., ) | |
| ) | |
| Plaintiffs, ) | 36. |
| ) | |
| v. ) | CIVIL NO. C-00-104 |
| ) | |
| UNITED STATES OF AMERICA, CARL ) | |
| NEIRA, Internal Revenue Service ) | |
| Agent, LUIS GUERRA, Internal ) | |
| Revenue Service Agent, ROBERT L. ) | |
| DAVILA, Criminal Investigation ) | |
| Division Officer, and VICTOR G. ) | |
| GUEVARA, Criminal Investigation ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

## ORDER

BEFORE THE COURT is the Defendants' Unopposed Motion to Reconsider Order Striking the Brief in Support of the United States' Motion to Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity. The Court, having considered the Motion, finds it to have merit. Accordingly, it is hereby ORDERED that the Court's June 5, 2000 Order Striking Pleading is SET ASIDE. The Brief in Support of the United States' Motion to Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity, filed on May 30, 2000, will not be struck. 28 U.S.C. Section 517 exempts an attorney representing the United States from the requirement that an attorney practicing before this Court also be licensed to practice before the Southern

-2-

District of Texas. Joseph A. Pitzinger, III may represent the Defendants' as their Attorney in Charge, and Cynthia A. Vance may be Co-Counsel.

SIGNED this 17th day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

N:\USERS\cvance\cansecobivens\amreconsiderorder.wpd