UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 19 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND RESPONSE TIME
TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AGAINST THE
UNITED STATES AND ITS EMPLOYEES AND BRIEF IN SUPPORT;
AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS,
OR IN THE ALTERNATIVE MOTION FOR SUMMARY
JUDGMENT AND BRIEF IN SUPPORT**

Plaintiffs Fernando Canseco and Reliable Ambulance Services, Inc., move for an extension of time until June 30, 2000, in which to file a response to Defendants' Motion To Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity, and Brief In Support of Motion To Dismiss, Individual Defendants' Motion To Dismiss, or In The Alternative Motion For Summary Judgment and Brief in Support. In support hereof, Plaintiffs show the following:

d:\rc\wp6.1\data\cases\canseco.604\m2ext.file

1.  Plaintiffs and Defendants have been conducting depositions for three days in a case involving the same Plaintiffs and some of the same Defendants. During these depositions, Defendants produced discovery documents which Plaintiffs' counsel will need to review prior to responding to the Motion To Dismiss and Motion For Summary Judgment.

2.  The Defendants have agreed to extend Plaintiffs' response date to June 30, 2000 and to authorize Plaintiffs to present this motion as unopposed.

For the foregoing reasons, Plaintiffs move that their response date be extended to June 30, 2000, and that the Motion not be placed under submission until after that date.

Respectfully submitted,

JO ELLEN HEWINS
Federal I.D. No. 12421
State Bar No. 09367857

**CANALES & SIMONSON, P.C.**
Attorneys at Law
2601 Morgan Ave.-P.O. Box 5624
Corpus Christi, Texas 78465-5624
(361) 883-0601
(361) 884-7023 - Fax
**ATTORNEYS FOR PLAINTIFF**

d:rc\wp6.1\data\cases\canseco.604\m2ext.file

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 15, I consulted with Counsel for the Government, Cynthia Vance and Andrew Subotka, regarding the foregoing Motion. Ms. Vance has stated that the United States does not oppose said Motion.

JO ELLEN HEWINS

d:\rc\wp6.1\data\cases\canseco.604\m2ext.file

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiffs' Unopposed Motion To Extend Response Time To Defendants' Motion to Dismiss Complaint Against the United States and Its Employees and Brief in Support; And individual Defendants' Motion to Dismiss, Or In The Alternative Motion For Summary Judgment and Brief In Support* was served via fax and by via UPS Express Mail to Ms. Cynthia Vance, Attorney Tax Division, Department of Justice, Maxas Energy Tower, 717 N. Harwood, Suite 400, Dallas, Texas 75201, on this 19th day of June, 2000.

JO ELLEN HEWINS

d:\rc\wp6.1\data\cases\canseco.604\m2ext.file

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES,<br> INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL<br>NEIRA, Internal Revenue Service<br>Agent, LUIS GUERRA, Internal<br>Revenue Service Agent, ROBERT L.<br>DAVILA, Criminal Investigation<br>Division Officer, and VICTOR G.<br>GUEVARA, Criminal Investigation<br>Officer, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

BEFORE THE COURT is the Plaintiffs' Unopposed Motion To Extend Response Time To Defendants' Motion to Dismiss Complaint Against the United States and Its Employees and Brief in Support; And individual Defendants' Motion to Dismiss, Or In The Alternative Motion For Summary Judgment and Brief In Support. The Court, having considered the Motion, finds it to have merit. Accordingly, it is hereby ORDERED that Plaintiffs' Motion To Extend Response Time until June 30, 2000, is hereby GRANTED..

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

d:rc\wp6.1\data\cases\canseco.604\m2ext.file