UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 26 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | 38. |
| v. | ) ) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

BEFORE THE COURT is the Plaintiffs' Unopposed Motion To Extend Response Time To Defendants' Motion to Dismiss Complaint Against the United States and Its Employees and Brief in Support; And individual Defendants' Motion to Dismiss, Or In The Alternative Motion For Summary Judgment and Brief In Support. The Court, having considered the Motion, finds it to have merit. Accordingly, it is hereby ORDERED that Plaintiffs' Motion To Extend Response Time until June 26, 2000, is hereby GRANTED..

SIGNED this _____ day of _____ June _____, 2000.

UNITED STATES DISTRICT JUDGE

d:rc\wp6.1\data\cases\canseco.604\m2ext.file