United States District Court
Southern District of Texas
FILED

JUN 27 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and ) <br> RELIABLE AMBULANCE SERVICES, ) <br> INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, CARL ) <br> NEIRA, Internal Revenue Service ) <br> Agent, LUIS GUERRA, Internal ) <br> Revenue Service Agent, ROBERT L. ) <br> DAVILA, Criminal Investigation ) <br> Division Officer, and VICTOR G. ) <br> GUEVARA, Criminal Investigation ) <br> Officer, ) <br> Defendants. ) | CIVIL NO. C-00-104 |

### AGREED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AGAINST THE UNITED STATES AND ITS EMPLOYEES AND BRIEF IN SUPPORT; AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

Plaintiffs Fernando Canseco and Reliable Ambulance Services, Inc., move for Leave to File Response to Defendants' Motion To Dismiss Complaint Against the United States and Its Employees Sued in Their Official Capacity, and Brief In Support of Motion To Dismiss, Individual Defendants' Motion To Dismiss, or In The Alternative Motion For Summary Judgment and Brief in Support. In support hereof, Plaintiffs show the following:

1. On June June 19, 2000, Plaintiffs filed an agreed motion requesting additional time to file a response to Defendants' Motion To Dismiss Complaint and Motion For Summary Judgment until June 30, 2000.

d:\rc\wp6.1\data\cases\canseco.604\2m2ext.file

2.      Apparently, the Court granted the motion for additional time and executed the order on June 22, 2999, extending the response date to June 26, 2000.

3.      Plaintiff's counsel did not receive a copy of this order, and was not aware of the deadline until Cynthia Vance, counsel for the Defendants, contacted Plaintiffs' counsel on June 27, the day after the deadline to respond. Ms. Vance had just received the order and called to confirm that Plaintiffs were aware of the response date.

4.      Plaintiffs have requested an affidavit from his their Certified Public Accountant, Vincente Sepulveda, and Mr. Sepulveda has been out of the country and had just returned last week. This affidavit is material to the response. Mr. Sepulveda has stated that his affidavit would be ready by June 30, 2000.

6.      Plaintiffs request that the response date be extended to June 30, 2000, to allow the submission of the affidavit of Mr. Sepulveda and the response to be accurately formulated and supported.

For the foregoing reasons, Plaintiffs move that their response date be extended to June 30, 2000, and that the Motion not be placed under submission until after that date.

Respectfully submitted,

*(signature)*

JO ELLEN HEWINS
Federal I.D. No. 12421
State Bar No. 09367857
**CANALES & SIMON SON, P.C.**
Attorneys at Law
2601 Morgan Ave.-P.O. Box 5624
Corpus Christi, Texas 78465-5624
(361) 883-0601
(361) 884-7023 - Fax
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and <br> RELIABLE AMBULANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. C-00-104 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF CONFERENCE

I hereby certify that I have consulted with Counsel for the Government, Cynthia Vance, regarding the foregoing Motion. Ms. Vance has stated that the United States does not oppose said Motion.

_____
JO ELLEN HEWINS

d:\rc\wp6.1\data\cases\canseco.604\2m2ext.file

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and | ) | |
| RELIABLE AMBULANCE SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. C-00-104 |
| | ) | |
| UNITED STATES OF AMERICA, CARL | ) | |
| NEIRA, Internal Revenue Service | ) | |
| Agent, LUIS GUERRA, Internal | ) | |
| Revenue Service Agent, ROBERT L. | ) | |
| DAVILA, Criminal Investigation | ) | |
| Division Officer, and VICTOR G. | ) | |
| GUEVARA, Criminal Investigation | ) | |
| Officer, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Agreed Motion for Leave To File Response To Defendants' Motion to Dismiss Complaint Against the United States and Its Employees and Brief in Support; And individual Defendants' Motion to Dismiss, Or In The Alternative Motion For Summary Judgment and Brief In Support* was served via fax and by certified mail, return receipt requested to Ms. Cynthia Vance, Attorney Tax Division, Department of Justice, Maxas Energy Tower, 717 N. Harwood, Suite 400, Dallas, Texas 75201, on this 27th day of June, 2000.

JO ELLEN HEWINS

d:rc\wp6.1\data\cases\canseco.604\2m2ext.file

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES,<br>INC., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL<br>NEIRA, Internal Revenue Service<br>Agent, LUIS GUERRA, Internal<br>Revenue Service Agent, ROBERT L.<br>DAVILA, Criminal Investigation<br>Division Officer, and VICTOR G.<br>GUEVARA, Criminal Investigation<br>Officer, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## O R D E R

BEFORE THE COURT is the Plaintiffs' Motion For Leave To File Response To Defendants' Motion to Dismiss Complaint Against the United States and Its Employees and Brief in Support; And individual Defendants' Motion to Dismiss, Or In The Alternative Motion For Summary Judgment and Brief In Support. The Court, having considered the Motion, finds it to have merit. Accordingly, it is hereby ORDERED that Plaintiffs' Motion For Leave To Extend Response Time until June 30, 2000, is hereby GRANTED..

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

d:\rc\wp6.1\data\cases\canseco.604\2m2ext.file