UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 29 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. C-00-104 |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

BEFORE THE COURT is the Plaintiffs' Motion For Leave To File Response To Defendants' Motion to Dismiss Complaint Against the United States and Its Employees and Brief in Support; And individual Defendants' Motion to Dismiss, Or In The Alternative Motion For Summary Judgment and Brief In Support. The Court, having considered the Motion, finds it to have merit. Accordingly, it is hereby ORDERED that Plaintiffs' Motion For Leave To Extend Response Time until June 30, 2000, is hereby GRANTED..

SIGNED this 27th day of _____, 2000.

UNITED STATES DISTRICT JUDGE

d:\rc\wp6.1\data\cases\canseco.604\2m2ext.file