IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 20 2000

Michael N. Milby, Clerk

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. C-00-104 ) |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

_____
J. A. "TONY" CANALES
State Bar No. 03737000
JO ELLEN HEWINS
State Bar No. 09367857
CANALES & SIMONSON, P.C.
2601 Morgan Ave., P.O. Box 5624
Corpus Christi, Texas 78465-5224
(361) 883-0601
(361) 884-7023 (Fax)

ATTORNEYS FOR THE PLAINTIFFS

_____
JOSEPH A. PITZINGER, III
State Bar No.16055800
CYNTHIA VANCE
State Bar No.00791843
Attorneys, Tax Division
Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9728
(214) 880-7741 (Fax)

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. C-00-104 ) |
| UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Officer, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

_____
J. A. "TONY" CANALES
State Bar No. 03737000
JO ELLEN HEWINS
State Bar No. 09367857
CANALES & SIMONSON, P.C.
2601 Morgan Ave., P.O. Box 5624
Corpus Christi, Texas 78465-5224
(361) 883-0601
(361) 884-7023 (Fax)

ATTORNEYS FOR THE PLAINTIFFS

_/s/ Joe Pitzinger III_____
JOSEPH A. PITZINGER, III
State Bar No.16055800
CYNTHIA VANCE
State Bar No.00791843
Attorneys, Tax Division
Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9728
(214) 880-7741 (Fax)

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FERNANDO CANSECO and<br>RELIABLE AMBULANCE SERVICES,<br>INC.,<br>    Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>CARL NEIRA, Internal Revenue Service<br>Agent, LUIS GUERRA, Internal Revenue<br>Service Agent, ROBERT L. DAVILA,<br>Criminal Investigation Division Officer,<br>and VICTOR G. GUEVARA, Criminal<br>Investigation Division Officer,<br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. C-00-104 |

## ORDER TO DISMISS

On this _____ day of _____, 2000, the Court considered the parties' stipulation to dismiss. After considering the Stipulation the Court GRANTS the Motion and dismisses the case with prejudice.

SIGNED on this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE