UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| FERNANDO CANSECO and RELIABLE AMBULANCE SERVICES, INC., <br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, CARL NEIRA, Internal Revenue Service Agent, LUIS GUERRA, Internal Revenue Service Agent, ROBERT L. DAVILA, Criminal Investigation Division Officer, and VICTOR G. GUEVARA, Criminal Investigation Division Officer, <br> Defendants. | § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. C-00-104

## ORDER TO DISMISS

On this _23rd_ day of _October_, 2000, the Court considered the parties' stipulation to dismiss. After considering the Stipulation the Court GRANTS the Motion and dismisses the case with prejudice.

SIGNED on this _23rd_ day of _October_, 2000.

_____
UNITED STATES DISTRICT JUDGE